**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, <br><br> *Plaintiff*, <br><br> v. <br><br> JAMES UTHMEIER, ATTORNEY GENERAL OF THE STATE OF FLORIDA, in his official capacity, <br><br> *Defendant*. | Case No. 1:26-cv-02401-MFK |

## AFFIDAVIT OF MARK DEL MONTE ("SECOND DEL MONTE AFFIDAVIT")

I, Mark Del Monte, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18, competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the Chief Executive Officer of the American Academy of Pediatrics ("AAP").

3. At all times relevant to the factual allegations in the Complaint, ECF No. 1, AAP was and remains incorporated under the laws of the State of Illinois.

4. At all times relevant to the factual allegations in the Complaint, ECF No. 1, AAP was headquartered in and operated from Itasca, Illinois, which remains its principal place of business.

5. From its headquarters in Itasca, Illinois, AAP coordinates and directs its national operations and maintains its institutional relationships.

6. AAP's website, including its Find-a-Pediatrician tool, is administered and managed from Itasca, Illinois.

7. AAP's presence in Illinois is readily discernible from its website.

8. AAP develops, drafts, edits, reviews, approves, and publishes its policy statements, medical guidance, and organizational positions in and from Itasca, Illinois.

9. AAP approved and published the 2018 Policy Statement in and from Itasca, Illinois.

10. In developing the 2018 Policy Statement, AAP reviewed and considered, in addition to many other sources, guidance from the World Professional Association for Transgender Health, which is headquartered in East Dundee, Illinois, and guidance from the Endocrine Society. AAP's review and consideration took place in Itasca, Illinois.

11. In 2023, AAP's board reviewed and reaffirmed the 2018 Policy Statement and authorized the development of updated guidance. Those decisions were made in person in Itasca, Illinois.

12. AAP publishes its peer-reviewed medical journal *Pediatrics* from Itasca, Illinois, including publication of the 2023 edition of *Pediatrics* that includes an article titled "Combatting Scientific Disinformation on Gender-Affirming Care" referenced in the AG's Complaint and Amended Complaint.

13. Any decision to modify or retract AAP's statements or other speech would take place in Itasca, Illinois.

14. AAP's decisions about engaging in advocacy are made by AAP leadership in Itasca, Illinois.

15. AAP's organizational governance, strategic planning, and high-level decision-making occur in Itasca, Illinois.

16. AAP evaluates and assesses legal, reputational, and organizational risks associated with its activities in Itasca, Illinois.

17.     AAP coordinates its legal advocacy, including litigation-related decision-making. from Itasca, Illinois.

18.     AAP has coordinated its response to the Action, ECF Nos. 1-2, 21-2, in Itasca, Illinois.

19.     The Affidavit of Mark Del Monte ("Aff.") describes subpoenas issued to AAP by the Florida Agency for Health Care Administration, ECF No. 4-2 ¶ 13.  That subpoena was served on AAP via its registered agent in Springfield, Illinois.

20.     The Affidavit further describes the ways in which AAP reasonably anticipates that the Action will hinder its ability to collaborate with its members, expert physicians, researchers, and other medical organizations.  Aff. ¶¶ 15–20, 22.  AAP conducts and coordinates this collaboration from its headquarters in Itasca, Illinois.

21.     The Affidavit also describes the ways in which the Action will hinder AAP's efforts to develop medical guidance for the field of pediatrics.  Aff. ¶ 21.  AAP's guidance is developed, reviewed, and finalized at its headquarters in Itasca, Illinois.

22.     The Affidavit further describes the ways in which AAP reasonably anticipates that the Action will adversely affect events organized by AAP.  Aff. ¶¶ 23–30.  AAP plans its events from Itasca, Illinois, and hosts its annual national leadership events at its headquarters in Itasca, Illinois.

23.     The Affidavit further describes the increased security costs and operational burdens that AAP reasonably anticipates as a result of the Action.  Aff. ¶¶ 25–27.  Those costs are borne by AAP in Itasca, Illinois, and those operational burdens are experienced by AAP staff working in Itasca, Illinois.

3

24. The Affidavit describes the deleterious effect that the Action has had on AAP's internal operations and employee morale. Aff. ¶¶ 31, 33. AAP's internal work is conducted in and its affected employees work in Itasca, Illinois.

25. The Affidavit describes the ways in which AAP reasonably anticipates that the Action will lead to further anonymous threats directed at AAP employees including at its headquarters, increasing fear for employee safety in Itasca, Illinois. Aff. ¶ 32.

26. The Affidavit further describes the ways in which AAP reasonably anticipates that the Action will impair its ability to speak publicly and effectively on gender-affirming care, to the detriment of patients and families. Aff. ¶ 34. That speech originates from AAP's headquarters in Itasca, Illinois.

27. The Action has pressured and continues to pressure AAP's decision-making, speech, and operations in Itasca, Illinois.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  3/30/2026 

Mark Del Monte

4