## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

American Academy of Pediatrics

                Plaintiff,

v.
                                        Case No.: 1:26–cv–02401

                                        Honorable Matthew F. Kennelly

James Uthmeier

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 7, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 4/7/2026. Oral argument heard on the motion for preliminary injunction and to dismiss. The plaintiff's motion for preliminary injunction [4] and defendant's motion to dismiss [21] are taken under advisement. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.