# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 9, 2026

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 26-2238

Caption:
AMERICAN ACADEMY OF PEDIATRICS,
        Plaintiff - Appellee

v.

JAMES UTHMEIER, Attorney General of the State of Florida,
        Defendant - Appellant

District Court No: 1:26-cv-02401
District Judge Matthew F. Kennelly
Clerk/Agency Rep Thomas G. Bruton

Date NOA filed in District Court: 06/08/2026

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)