# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

American Academy of Pediatrics

                              Plaintiff,

v.                                              Case No.: 1:26−cv−02401
                                                Honorable Matthew F. Kennelly

James Uthmeier

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 9, 2026:

    MINUTE entry before the Honorable Matthew F. Kennelly: Docket entry 38, dated 6/8/2026, contained an error and is modified to state that this case is set for a telephonic status hearing on 6/29/2026 at **8:40** a.m. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.