**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, <br><br> *Plaintiff*, <br><br> v. <br><br> JAMES UTHMEIER, ATTORNEY GENERAL OF THE STATE OF FLORIDA, in his official capacity, <br><br> *Defendant*. | Case No. 1:26-cv-02401-MFK |

## JOINT STATUS REPORT

Pursuant to the Court's June 30, 2026 Minute Order, the Parties have conferred regarding a schedule for further proceedings before this Court. The Parties' proposal follows:

In order to promote judicial efficiency, the Parties propose that this case is stayed until resolution of Defendant Florida Attorney General James Uthmeier's appeal of this Court's Preliminary Injunction. *See generally* Case No. 26-2238 (7th Cir.). On July 8, 2026, the Seventh Circuit stayed the Preliminary Injunction and vacated the Seventh Circuit's June 22, 2026 panel decision; it will hear Attorney General Uthmeier's appeal initially en banc. Attorney General Uthmeier's opening brief in that appeal is due on or before July 29, 2026, the American Academy of Pediatrics' brief is due on or before August 19, 2026, and Attorney General Uthmeier's reply brief, if any, is due on or before August 26, 2026. Oral argument en banc will take place on September 30, 2026. The Parties propose filing a Joint Status Report 21 days following resolution of Attorney General Uthmeier's appeal of the Preliminary Injunction.

1

DATED: July 9, 2026                          Respectfully submitted,

                                             /s/ Alexandra J. Widas

                                             Valerie Hletko (ARDC No. 6323429)*
                                             Amber M. Charles (D.C. Bar No. 1035226)**
                                             Paul Killebrew (N.Y. Bar No. 4605846)**
                                             Alexandra J. Widas (D.C. Bar No. 1645372)**
                                             Francisco I. Collantes (D.C. Bar No. 90032159)**
                                             Sarah Haddon (D.C. Bar No. 90005098)**
                                             Kristin Oakley (D.C. Bar No. 90020204)**
                                             Covington & Burling LLP
                                             One CityCenter
                                             850 Tenth Street, NW
                                             Washington, DC 20001-4956
                                             Tel. (202) 662-6000
                                             vhletko@cov.com
                                             acharles@cov.com
                                             pkillebrew@cov.com
                                             awidas@cov.com
                                             fcollantes@cov.com
                                             shaddon@cov.com
                                             koakley@cov.com

                                             Jack R. Bierig (ARDC No. 207039)*
                                             J. Michael Showalter (ARDC No. 6301455)*
                                             ArentFox Schiff LLP
                                             233 S. Wacker Drive, Suite 7100
                                             Chicago, IL 60606
                                             Tel: (312) 258-5500
                                             jack.bierig@afslaw.com
                                             j.michael.showalter@afslaw.com

                                             *Member of the N.D. Ill. Trial Bar
                                             **Member of the N.D. Ill. General Bar

                                             Counsel for American Academy of Pediatrics

                                             /s/ Samuel F. Elliott

                                             David M.S. Dewhirst
                                             Jason J. Muehlhoff
                                             Samuel F. Elliott (Fla. Bar 1039898)
                                             Vincent Li
                                             Office of the Attorney General
                                             The Capitol, PL-01

2

Tallahassee, Florida 32399
(850) 414-3300
samuel.elliott@myfloridalegal.com
jenna.hodges@myfloridalegal.com

*Counsel for Attorney General James Uthmeier*

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2026, I filed the foregoing document and all accompanying materials with the Clerk of Court for the U.S. District Court for the Northern District of Illinois using the court's CM/ECF system.

*/s/ Alexandra J. Widas*

Alexandra J. Widas